No. 967. FERRAND *v.* NEW YORK LIFE INSURANCE CO. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.

*Messrs. J. L. London* and *Walter H. Saunders* for petitioner. *Messrs. James C. Jones, William O. Reeder, James C. Jones, Jr.,* and *Louis H. Cooke* for respondent.